IVEY WALTON et al., Appellants, v NEW YORK STATE DEPART-
MENT OF CORRECTIONAL SERVICES et al., Respondents.

Submitted May 22, 2006; decided July 5, 2006

Motion by the Legal Aid Society of the City of New York for leave to appear amicus curiae on the motion for leave to appeal herein granted and the proposed brief is accepted as filed.